UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                   :

SHAEL CRUZ,
                                                   :
                                    Plaintiff,     :

                                                   :
                 -against-            :

WILL LEATHER GOODS,
                                                   :
                                  Defendant.   :
                                                 :
------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2020

20-CV-5143 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed this action on July 6, 2020, (Doc. 1), and an electronic summons was issued on July 7, 2020, (Doc. 4.)  To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 20, 2020.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     November 5, 2020
            New York, New York

Vernon S. Broderick
United States District Judge